# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**UNITED STATES OF AMERICA**

**VS**    CR NO. <u>1:16-cr-632-JMC</u>

**CAROLINE SHERLOCK**

# PLEA

The defendant, **CAROLINE SHERLOCK**, having withdrawn her plea of Not Guilty entered 8/30/2016, pleads **GUILTY** to Count(s) ____1____ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
February 28, 2017