# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                      **CR NO. 1:16-cr-632-JMC**

**LEONARD NEW**

# PLEA

The defendant, **LEONARD NEW**, having withdrawn his plea of Not Guilty entered 8/30/2016, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

*Leonard New*
(Signed) Defendant

Columbia, South Carolina
March 3, 2017