# Exhibit 13

 **Application for Life Insurance**
Issued by American National Insurance Company
AMERICAN NATIONAL
One Moody Plaza, Galveston, TX 77550-7947    45937e11

page 1 of 10



## 1. PRIMARY PROPOSED INSURED

a. Last name: **Sherlock**    First name: **Caroline**    M.I.: **C.**    b. Birthplace: City **Augusta**    State **GA**    Country **USA**

c. Date of birth: Month/Day/Year **PII 77**    d. Age last birthday **36**    e. Height **5' 4"**    f. Weight **157**    g. Social Security/Tax ID number **PII -3002**

h. Gender ☐ Male ☒ Female    i. Marital status: ☒ Married ☐ Separated ☐ Single ☐ Widowed ☐ Divorced

j. Have you ever used tobacco or nicotine in any form?........................................................................................................................................ ☐ Yes ☒ No
(Tobacco or nicotine includes cigarettes, cigars, pipes, chewing tobacco, nicotine patches or other products containing nicotine. If "Yes," when was tobacco or nicotine last used?) Month/Year |

k. Residence address: Number/Street **61 Murphy St**    City **North Augusta**    State **SC**    ZIP **29860**

l. Years at this residence **4**    m. Personal telephone **PII**    n. Annual Income **$60,000**    Net worth **$450,000**

o. Type of business **Carpet & Vinyl**    Employer name **Self-employed**    p. Business telephone **(803) 439-8843**

q. Occupation/Job title **Salesman**    Job duties (Be specific.) **Salesman/manager**    r. Date of employment: Month/Year |

s. Business address: Number/Street **61 Murphy St.**    City **North Augusta**    State **SC**    ZIP **29860**

t. U.S. Citizen: ☒ Yes ☐ No    If No, type of Visa _____    Expiration Date _____

## 2. ADDITIONAL PROPOSED INSURED

a. Last name: ____    First name: ____    M.I.: ____    b. Birthplace: City ____    State ____    Country ____

c. Date of birth: Month/Day/Year ____    d. Age last birthday ____    e. Height ____    f. Weight ____    g. Social Security/Tax ID number ____

h. Gender ☐ Male ☐ Female    i. Marital status: ☐ Married ☐ Separated ☐ Single ☐ Widowed ☐ Divorced

j. Have you ever used tobacco or nicotine in any form?........................................................................................................................................ ☐ Yes ☐ No
(Tobacco or nicotine includes cigarettes, cigars, pipes, chewing tobacco, nicotine patches or other products containing nicotine. If "Yes," when was tobacco or nicotine last used?) Month/Year |

k. Residence address: Number/Street ____    City ____    State ____    ZIP ____

l. Years at this residence ____    m. Personal telephone ____    n. Annual Income $____    Net worth $____

o. Type of business ____    Employer name ____    p. Business telephone ____    q. Relationship to primary proposed insured ____

r. Occupation/Job title ____    Job duties (Be specific.) ____    s. Date of employment: Month/Year ____

t. Business address: Number/Street ____    City ____    State ____    ZIP ____

u. U.S. Citizen: ☐ Yes ☐ No    If No, type of Visa ____    Expiration Date ____

## 3. OWNER (IF OTHER THAN PRIMARY PROPOSED INSURED)

a. Last name ____    First name ____    M.I. ____    b. Relationship to primary proposed insured ____

c. Gender ☐ Male ☐ Female    d. Date of birth: Month/Day/Year ____    e. Age last birthday ____    f. Social Security/Tax ID number ____    g. If Trust, date created ____

h. Mailing address: Number/Street ____    City ____    State ____    ZIP ____

i. Contingent owner (if any): Last name ____    First name ____    M.I. ____    j. Relationship to primary proposed insured ____

### 4. SECONDARY OR ALTERNATE ADDRESSEE (Optional Secondary Addressee for notification of past due premiums):
Name: _____
City: _____ Address: Number/Street: _____
State: _____ ZIP: _____

### 5. CHILDREN PROPOSED FOR INSURANCE (COMPLETE FOR CHILDREN TERM RIDER)

| Last name | First name | M.I. | Relationship to primary proposed Insured | Date of Birth: Mo./Day/Yr. | Age | Ht./Wt. | Gender: M/F | Soc. Sec./Tax ID# |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

a. Has the name of any child age 18 or younger been omitted? ☐ Yes *(Explain.)* _____ ☐ No
b. Is any child NOT living at the same address as the proposed insured? ☐ Yes *(Explain.)* _____ ☐ No

### 6. BENEFICIARY FOR PRIMARY PROPOSED INSURED   (Unless specified, all beneficiaries in the same class share equally.)

| Primary: Last name | First name | M.I. | Relationship to primary proposed Insured | Date of Birth: Mo./Day/Yr. | Gender: M/F | Soc. Sec./Tax ID# | Date of trust: Mo./Day/Yr. | % payable |
|---|---|---|---|---|---|---|---|---|
| Sherlock | Pete | J | Husband | PII -58 | | PII 0106 | | 100% |
| | | | | | | | | |

| Contingent: Last name | First name | M.I. | Relationship to primary proposed Insured | Date of Birth: Mo./Day/Yr. | Gender | Soc. Sec./Tax ID# | Date of trust: Mo./Day/Yr. | % payable |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Special beneficiary settlement options: ☐ Yes ☒ No  *(If "Yes," complete and submit the state appropriate form for Additional Beneficiary Page.)*

### 7. BENEFICIARY FOR ADDITIONAL PROPOSED INSURED   (Unless specified, all beneficiaries in the same class share equally.)

| Primary: Last name | First name | M.I. | Relationship to additional proposed Insured | Date of Birth: Mo./Day/Yr. | Gender: M/F | Soc. Sec./Tax ID# | Date of trust: Mo./Day/Yr. | % payable |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

Special beneficiary settlement options: ☐ Yes ☐ No  *(If "Yes," complete and submit the state appropriate form for Additional Beneficiary Page.)*

### 8. PRODUCT INFORMATION
a. Plan of insurance (Specify number of years if Term)  ANICO Signature Term 30yr      b. Amount of Insurance  250,000
c. Premium amount $ 42.77 _____ Mode: ☐ Annual ☐ Semiannual ☐ Quarterly ☒ Monthly ☐ Single premium
d. If all proposed insured(s) are acceptable risks on a nonrated basis, but the premium quoted will not purchase the face amount requested:
   ☐ Do NOT change premium. Change face amount. ☐ Do NOT change face amount. Change premium.
Was automatic premium loan elected? ☐ Yes ☐ No  *(In Rhode Island, automatic premium loan is required, unless otherwise elected.)*
If Participating Whole Life
e. Dividend option: ☐ Cash ☐ Premium reduction ☐ Paid-up additions ☐ Accumulate at Interest
If Universal Life *(including Indexed Universal Life and Variable Universal Life)*
f. Death benefits options (Elect one - If no option is selected, Option "A" will be issued) ☐ Option A ☐ Option B ☐ Option C
If Indexed Universal Life
g. Initial Allocation of Net Premiums   (Allocation must be designated in percentages and must total 100%)
   _____ % Fixed Interest Crediting Option  _____ % Indexed Interest Crediting Option
If Variable Universal Life
h. Guaranteed Coverage Period: *(Elect one.)* ☐ 10-year ☐ 25-year ☐ Other _____
Amount paid with application: $ _____ (Check must be payable to American National Insurance Company.)

## 9. RIDERS/BENEFITS (Complete insurability application, if necessary.)

a. Optional benefits/riders:
- ☐ Premium waiver
- ☐ Waiver of stipulated premium $ _____
- ☐ Accidental death $ _____
- ☐ Children term $ _____
- ☐ Spouse term $ _____
- ☐ Guaranteed increase option $ _____
- ☐ Additional insurance option $ _____
- ☐ Return of Premium Rider
- ☐ Paid Up Additions Rider _____
- Premium for PUA $ _____
- ☐ Premium payor (Complete insurability application.)
- ☐ Coverage continuation rider
- ☐ Other insured rider (designate beneficiary below)
- ☐ Level term $ _____

☐ Other: _____
Type of Rider | Name of Insured | Amount of Insurance $ _____

Beneficiary for Other Insured Rider Coverage (Unless specified, all beneficiaries in the same class share equally.)
Primary: Last name | First name | M.I. | Relationship to other insured rider | Date of Birth: Mo./Day/Yr. | Gender: M/F | Soc. Sec./Tax ID# | Date of trust: Mo./Day/Yr. | % payable

Special beneficiary settlement options: ☐ Yes ☒ No (If "Yes," complete and submit the state appropriate form for Additional Beneficiary Page.)

## 10. INSURANCE AND REPLACEMENTS

a. Do you have existing life insurance or annuity coverage? ☐ Yes ☒ No  If yes, provide details below.
b. Will the insurance applied for replace or use cash values of any existing life insurance or annuity issued by any company? ☐ Yes ☒ No
If "yes", indicate which one. Agent must provide and complete the appropriate replacement form.
c. Total Insurance/Annuities in force on Proposed Insured(s): If none in force indicate "NONE".

| Full Name of Company | Policy No. | Issue Date | Insured's Name | Plan | Amount | See "10b" |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

☐ Accidental Death $ _____ Company _____

## 11. PRIMARY PROPOSED INSURED FAMILY HISTORY - COMPLETE IF AMOUNT OF INSURANCE IS $100,000 OR GREATER

Parents: Is parent living (Y/N) | Age if living | Age at death | Cause of death
Father | Johnny Carroll | 63 | |
Mother | Ann Carroll | 63 | |

Siblings: Number of living | Number deceased | Age at death | Cause of death
3 | | |

a. Did (Does) anyone in the immediate family have a history of heart disease or stroke/cerebral vascular accident?........ ☐ Yes ☒ No
Age at diagnosis | _____
b. Did (Does) anyone in the immediate family have a history of internal cancer or melanoma?........ ☐ Yes ☒ No
Type | _____ Age at diagnosis | _____

## 12. ADDITIONAL PROPOSED INSURED FAMILY HISTORY - COMPLETE IF AMOUNT OF INSURANCE IS $100,000 OR GREATER

Parents: Is parent living (Y/N) | Age if living | Age at death | Cause of death
Father | | | |
Mother | | | |

Siblings: Number of living | Number deceased | Age at death | Cause of death

a. Did (Does) anyone in the immediate family have a history of heart disease or stroke/cerebral vascular accident?........ ☐ Yes ☐ No
Age at diagnosis | _____
b. Did (Does) anyone in the immediate family have a history of internal cancer or melanoma?........ ☐ Yes ☐ No
Type | _____ Age at diagnosis | _____

ICC0910193

AMERICAN NATIONAL INSURANCE COMPANY

08-10

Dated 2014-02-25 15:58:05

Feb 26 2014 8:37AM    No. 7144    P. 3

page 4 of 10

AMERICAN NATIONAL

45937e11

### 13. FAMILY PHYSICIAN, SPECIALIST, OR CLINIC

a. Family physician, specialist or clinic of proposed insured:

Provider name _____  Date last visited |__|__|  Reason for visit |__|  HMO patient ID number _____

Address: Number/Street _____  City _____ State ___ ZIP |__|__|  Provider telephone number |(___)___|

b. Family physician, specialist or clinic of additional proposed insured:

Provider name _____  Date last visited |__|__|  Reason for visit |__|  HMO patient ID number _____

Address: Number/Street _____  City _____ State ___ ZIP |__|__|  Provider telephone number |(___)___|

### 14. MEDICAL HISTORY QUESTIONS—LIFETIME

(For questions "14.a." through "16.c.", underline the reason for any "Yes" answer(s) and give complete details as requested in Section 17.)

a. Is any proposed insured taking any medication(s)? ☐ Yes ☒ No  (If "Yes," list medications and prescribed dosages).

HAS ANY PROPOSED INSURED EVER BEEN DIAGNOSED, TREATED, TESTED POSITIVE FOR, OR BEEN GIVEN MEDICAL ADVICE BY A MEMBER OF THE MEDICAL PROFESSION FOR A DISEASE OR DISORDER FOR ...

b. a heart attack, heart murmur, chest pains, irregular heartbeat, stroke, high blood pressure, anemia or any disease or abnormality of the heart, blood or blood vessels?......................

c. cancer, a tumor or abnormal growth of any kind?......................

d. been told he/she had an Immune Deficiency Disorder, AIDS, AIDS related complex (ARC), or test results indicating exposure to the AIDS virus?....

### 15. MEDICAL HISTORY QUESTIONS—LAST TEN YEARS

HAS ANY PROPOSED INSURED, WITHIN THE LAST TEN YEARS BEEN DIAGNOSED, TREATED, TESTED POSITIVE FOR, OR BEEN GIVEN MEDICAL ADVICE BY A MEMBER OF THE MEDICAL PROFESSION FOR A DISEASE OR DISORDER FOR ...

a. seizure, depression, anxiety, psychiatric treatment or counseling, paralysis, dizziness or any disease or abnormality of the brain or nervous system?......

b. asthma, emphysema, chronic bronchitis, sleep apnea, tuberculosis, chronic obstructive pulmonary disease (COPD) or any disease or abnormality of the respiratory system?......................

c. any disease or abnormality of the stomach, intestines, rectum, pancreas, or liver, including cirrhosis, hepatitis and colitis?......................

d. any disease or abnormality of the kidneys, urinary bladder, prostate or genital system, including sugar or blood in the urine?......................

e. diabetes or any disease of the thyroid or other gland?......................

f. arthritis, lupus, physical deformity, any disease of the bones, muscles or joints, or any disease or abnormality of the eyes, ears or skin?......

g. treatment or counseling for use of alcohol or alcoholism?......................

h. treatment or counseling for drug use or used marijuana, cocaine, heroin, barbiturates, amphetamines, hallucinogenics, narcotics or other habit-forming drugs, other than those prescribed by a physician?......................

i. Does any proposed insured currently have any medical concerns for which you have not consulted a doctor or had any consultation, testing or investigation recommended by a doctor which has not yet been completed?......................

j. If any proposed insured(s) is less than one year old, give birth weight: |____ lb. |____ oz. Was birth premature?......................

### 16. MEDICAL HISTORY QUESTIONS—LAST FIVE YEARS

HAS ANY PROPOSED INSURED, WITHIN THE LAST FIVE YEARS ...

a. consulted or been treated or examined by any physician or practitioner for any cause not previously mentioned in this application?......

b. had treadmill EKG or other cardiovascular test, chest X-ray, blood or other laboratory test?......................

c. had a surgical operation or been under observation or treatment in any hospital or clinic or been advised to have an operation which was not performed

page 6 of 10

AMERICAN NATIONAL

45937e11

## 17. MEDICAL HISTORY EXPLANATIONS

(Give full details below of all "Yes" answers to questions "14.a." through "16.c.")

Question  Person _____  Reason, condition, disease, injury, etc. _____  Date _____
% of recovery  Name of attending physician _____  Attending physician address: Number/Street _____  City _____  State _____

Question  Person _____  Reason, condition, disease, injury, etc. _____  Date _____
% of recovery  Name of attending physician _____  Attending physician address: Number/Street _____  City _____  State _____

Question  Person _____  Reason, condition, disease, injury, etc. _____  Date _____
% of recovery  Name of attending physician _____  Attending physician address: Number/Street _____  City _____  State _____

Question  Person _____  Reason, condition, disease, injury, etc. _____  Date _____
% of recovery  Name of attending physician _____  Attending physician address: Number/Street _____  City _____  State _____

Question  Person _____  Reason, condition, disease, injury, etc. _____  Date _____
% of recovery  Name of attending physician _____  Attending physician address: Number/Street _____  City _____  State _____

## 18. INSURANCE HISTORY AND NON-MEDICAL HAZARDS

a. Has any proposed insured, in the past five (5) years, applied for life, accident or health Insurance or for reinstatement of any such insurance that was declined, postponed, cancelled or withdrawn or modified as to plan, amount or rate? ☐ Yes ☒ No  (If "Yes," give details.)

b. Has any proposed insured in the last six (6) months, applied for — or is any proposed insured contemplating applying for — other insurance with this, or any other, company? ☐ Yes ☒ No  (If "Yes," state how much and to whom.)

c. Has any proposed insured, in the past five (5) years, made — or is any proposed insured contemplating making — flights as a pilot, student pilot, crew member, or observer? ☐ Yes ☒ No  (If "Yes," complete and submit the appropriate questionnaire.)

d. Has any proposed insured, in the past five (5) years, engaged in or does any proposed insured intend to engage in mountain climbing, rock climbing, racing, SCUBA diving, hang-gliding, ballooning or skydiving? ☐ Yes ☒ No  (If "Yes," complete and submit the appropriate questionnaire.)

e. Has any proposed insured, in the past five (5) years, been convicted of a felony? ☐ Yes ☒ No  (If "Yes," give details including county and state of conviction.)

f. Is any proposed insured currently on parole or probation? ☐ Yes ☒ No (If "yes", give details.)

g. Has any proposed insured in the last two (2) years resided outside of the United States for more than four (4) weeks?............................................... ☐ Yes ☒ No

h. Does any proposed insured plan to travel outside of the United States for more than four (4) weeks?............................................... ☐ Yes ☒ No
(If "Yes," complete and submit the Foreign Travel Questionnaire.)

Primary Proposed Insured

i. Driver's license number: | PII _____  State: | S.C   4-19-17

j. Have you had a charge or conviction of DWI/DUI or reckless driving in the last five (5) years?............................................... ☐ Yes ☒ No
(If "yes", give details.) | _____

k. Do you have any other moving violations in the last five (5) years?............................................... ☐ Yes ☒ No
(If "yes", give details.) | _____

Additional Proposed Insured

l. Driver's license number: | _____  State: | _____

m. Have you had a charge or conviction of DWI/DUI or reckless driving in the last five (5) years?............................................... ☐ Yes ☐ No
(If "yes", give details.) | _____

n. Do you have any other moving violations in the last five (5) years?............................................... ☐ Yes ☐ No
(If "yes", give details.) | _____

ICC0910193                      AMERICAN NATIONAL INSURANCE COMPANY                      08-10

Dated 2014-02-25 15:58:05

Feb 26 2014 6:38AM  No. 7144  P. 5

page 6 of 10  45937e11

## AUTHORIZATION TO OBTAIN, RELEASE AND DISCLOSE MEDICAL INFORMATION

I hereby authorize any physician, medical practitioner, hospital, clinic or other medical related facility, insurance company, insurance support organization, business partner, pharmacy, pharmacy benefit managers, government agency, group policy holder, employer, benefit plan administrator, the Medical Information Bureau, the Department of Motor Vehicle Registration, and paramedical facility to provide to AMERICAN NATIONAL INSURANCE COMPANY, or to any agent, attorney, consumer reporting agency or independent administrator, including medical record retrieval services or pharmaceutical services, acting on AMERICAN NATIONAL INSURANCE COMPANY'S or its reinsurers' behalf, information concerning advice, care or treatment sought by or provided to me and/or any other applicant for coverage, including information relating to medical history, medical conditions, treatment, hospitalizations or confinements, ailments, and/or drug, alcohol or tobacco usage of the applicant(s). It is understood that American National underwriters, claim examiners, reinsurers, attorneys, or the medical director may disclose such health information to the aforementioned parties for purposes of underwriting, compliance, record clarification or explanation, or in response to litigation, summons, or subpoenas. I understand that after this information is disclosed, the recipient may redisclose it resulting in loss of protection by federal regulations.

I understand that:
(1) such information will be used by AMERICAN NATIONAL INSURANCE COMPANY for underwriting and insurability determinations;
(2) I may refuse to sign this authorization and that my refusal to sign will affect my ability to obtain life insurance coverage;
(3) a picture copy or photocopy of this authorization shall be as valid as the original; and
(4) any authorized representative of the proposed insured is entitled to receive a copy of this authorization upon request. This authorization is valid from the date signed for a duration of 24 months. I understand I may revoke the authorization at any time, except to the extent that action has been taken in reliance on this authorization, by sending written notice to the Life Underwriting Department of AMERICAN NATIONAL INSURANCE COMPANY, P.O. Box 1720, Galveston, Texas 77553. I may inspect or copy any information used or disclosed under this authorization, if signed.

## APPLICATION DECLARATIONS AND AGREEMENTS

Each of the undersigned declare for themselves, and all other interested parties, that all of the answers in all pages of this application and any supplements to it are full, complete and true to the best of their knowledge and belief. They also agree that: (1) these answers as written: (i) were given to induce the company to issue a policy; and (ii) shall form the basis for and become a part of any policy issued on this application; (2) except as otherwise provided in the conditional receipt with the same serial number as this application, no policy will be effective until it is: (i) issued; (ii) delivered to the applicant; and (iii) the full first premium paid, all during the lifetime and good health of the insured(s); (3) the company may issue a policy different from that specified in this application by listing the difference(s) on the policy data page, and acceptance of such different policy will be a ratification of the changes except that no change in: (i) amount of insurance; (ii) classification; (iii) plan of insurance; or (iv) benefits, will be effective unless agreed to by the applicant in writing; (4) the company is not bound by any statements made by anyone or any other facts known to anyone concerning any proposed insured(s) if not in writing in this application or any supplement, amendment, or modification to it which has been approved by the Company; and (5) only the president or a vice president or secretary of the company has the authority to waive any of the company rights or requirements or to waive or alter any of the provisions of: (i) this application and any supplement, amendment or modification to this application which has been approved by the Company; or (ii) any policy issued on this application including any supplement, amendment or modification to this application which has been approved by the Company.

## FRAUD STATEMENT

Any person who knowingly, and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and may subject such person to criminal and civil penalties.

## FCRA / MIB ACKNOWLEDGEMENT

I have received the notification about the Federal Fair Credit Reporting Act and the Medical Information Bureau.

## APPLICATION SIGNATURES

If Conditional Receipt to be attached, I hereby certify that I have read and received the conditional receipt, and agree to its terms. I understand that the company will not permit acceptance of my deposit or detachment of the conditional receipt unless this statement is true (if one given).

**For Indexed Universal Life:**
I understand that I am applying for an indexed universal life policy and that while the value of the policy may be affected by an external index, the policy does not directly participate in any stock or equity investment.

**For Variable Universal Life:**
I understand that I am applying for a Variable Universal Life Policy. The accumulation value may increase or decrease depending on investment returns and the death benefit may be variable or fixed depending on the death benefit option selected.

Date: Month/Day/Year: 2-24-14    Signed at: City: North Augusta    State: S.C.    Country: USA

Witnessed by: Signature of licensed agent
X _Leonard New_

Print agent's name: Leonard New

Agent's state license number: 203973

Agent's company personal code: D5829

Signature of primary proposed insured (Or guardian, if proposed insured is under age 16)
X _Caroline C. Shields_

Signature of additional person(s) proposed for insurance
X _____

Signature of additional person(s) proposed for insurance
X _____

Signature of owner if other than proposed insured
X _____

ICC0910193    AMERICAN NATIONAL INSURANCE COMPANY    08-10

Feb 26 2014 6:38AM   No. 7144   P. 6   Dated 2014-02-25 15:58:05



# AUTHORIZATION TO OBTAIN, RELEASE AND DISCLOSE MEDICAL INFORMATION

Issued by American National Insurance Company
One Moody Plaza, Galveston, TX 77550-7999



I hereby authorize any: physician, medical practitioner, hospital, clinic or other medical related facility, insurance company, insurance support organization, business partner, pharmacy, government agency, group policy holder, employer, benefit plan administrator, the Medical Information Bureau, the Department of Motor Vehicle Registration, and paramedical facility to provide to AMERICAN NATIONAL INSURANCE COMPANY, or to any agent, attorney, consumer reporting agency or independent administrator, including medical record retrieval services or pharmaceutical services, acting on AMERICAN NATIONAL INSURANCE COMPANY'S or its reinsurers' behalf, information concerning advice, care or treatment sought by or provided to me and/or any other applicant for coverage, including information relating to medical history, medical conditions, treatment, hospitalizations or confinements, ailments, and/or drug, alcohol or tobacco usage of the applicant(s). It is understood that American National underwriters, claim examiners, reinsurers, attorneys, or the medical director may disclose such health information to the aforementioned parties for purposes of underwriting, compliance, record clarification or explanation, or in response to litigation, summons, or subpoenas. I understand that after this information is disclosed, the recipient may redisclose it resulting in loss of protection by federal regulations.

I understand that:

(1) such information will be used by AMERICAN NATIONAL INSURANCE COMPANY for underwriting and insurability determinations;
(2) I may refuse to sign this authorization and that my refusal to sign will affect my ability to obtain life insurance coverage;
(3) a picture copy or photocopy of this authorization shall be as valid as the original; and
(4) any authorized representative of the proposed insured is entitled to receive a copy of this authorization upon request.

This authorization is valid from the date signed for a duration of 24 months. I understand I may revoke the authorization at any time, except to the extent that action has been taken in reliance on this authorization, by sending written notice to the Life Underwriting Department of AMERICAN NATIONAL INSURANCE COMPANY, P.O. Box 1720, Galveston, Texas 77553. I may inspect or copy any information used or disclosed under this authorization, if signed.

Date: 2-24-14

Proposed Insured (Please print): Caroline C. Sherlock

Signature of Proposed Insured (or parent if Proposed Insured is under age 16): Caroline C. Sherlock

Birthdate: PII 77

Additional Proposed Insured (Please print): _____

Signature of Additional Person Proposed for Insurance: _____

Birthdate: _____

Personal Representative designated by signature above is hereby authorized to execute this instrument based on: power of attorney, guardian-in-fact, guardian, payee representative, other _____ (Circle one)

Form 9332

AMERICAN NATIONAL INSURANCE COMPANY